**David Leroy HOLSTON,
Plaintiff–Appellant,**

v.

**The CAPITOL, Washington, DC,
Defendant–Appellee.**

No. 14–2399.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 19, 2015.

David Leroy Holston, Appellant Pro Se.
Dennis Carl Barghaan, Jr., Assistant Unit-
ed States Attorney, Alexandria, Virginia
for Appellee.

Before WILKINSON and KING,
Circuit Judges, and DAVIS, Senior Circuit
Judge.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

David Leroy Holston appeals the district
court's order granting Defendant's motion

to dismiss his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holston v. The Capitol,* No. 1:14–cv–01078–AJT–IDD (E.D.Va. Nov. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*